COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: ODYSSEY HEALTHCARE, INC. | § | No. 08-09-00174-CV |
| and GEORGE PORTILLO, | § | |
| | | AN ORIGINAL PROCEEDING |
| Relators. | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION
## ON PETITION FOR WRIT OF MANDAMUS

Relators, Odyssey Healthcare, Inc. and George Portillo, ask this Court to issue a writ of mandamus against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id*. Based on the record before us, we are unable to conclude that Relators are entitled to mandamus relief. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a). Further, we lift the stay entered by previous written order of this Court.

August 12, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.